## Kozak, Appellant, v. City of Butler.

Argued April 12, 1967. Before ERVIN, P. J., WRIGHT, WATKINS, MONTGOMERY, JACOBS, HOFFMAN, and SPAULDING, JJ.

*William C. Robinson,* with him *William J. Rockenstein,* and *Henninger & Robinson,* for appellant.

*John Murrin,* City Solicitor, with him *Leonard I. Feldstein,* Assistant City Solicitor, for City of Butler, appellee.

OPINION PER CURIAM, June 16, 1967:
Judgment affirmed.

———

DISSENTING OPINION BY HOFFMAN, J.:
The entry of judgment n.o.v. for the defendant in this case seems to me wholly improper. Since reinstatement of the verdict for plaintiff would also be inappropriate, *Kersey Manufacturing Company v. Rozic,* 422 Pa. 564, 222 A. 2d 713 (1966), I would reverse and remand for a new trial.